SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  Bar No. 99802
rebecca.hull@sdma.com
MICHELLE Y. MCISAAC  Bar No. 215294
michelle.mcisaac@sdma.com
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile:  (415) 781-2635

Attorneys for Defendants
METROPOLITAN LIFE INSURANCE COMPANY, THE CALIFORNIA STATE AUTOMOBILE ASSOCIATION SHORT-TERM DISABILITY PLAN AND THE CALIFORNIA STATE AUTOMOBILE ASSOCIATION LONG-TERM DISABILITY PLAN

BRYDON, HUGO & PARKER
JOHN R. BRYDON  Bar No. 83365
ROBERT W. FARRELL  Bar No. 107461
135 Main Street, 20th Fl.
San Francisco, California 94105
Telephone: (415) 808-0300
Facsimile: (415) 808-0333

Attorneys for Plaintiff
JEANNE RODGERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNE RODGERS,<br><br>    Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, A NEW YORK CORPORATION; THE CALIFORNIA STATE AUTOMOBILE ASSOCIATION SHORT-TERM DISABILITY PLAN; THE CALIFORNIA STATE AUTOMOBILE ASSOCIATION LONG-TERM DISABILITY PLAN,<br><br>    Defendants. | CASE NO.  CV 08-04599 CW<br><br>STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

Counsel for plaintiff and defendants report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in private mediation.

DATED: December 29, 2008        SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Rebecca A. Hull
Michelle Y. McIsaac
Attorneys for Defendants
METROPOLITAN LIFE INSURANCE COMPANY,
THE CALIFORNIA STATE AUTOMOBILE
ASSOCIATION SHORT-TERM DISABILITY PLAN
AND THE CALIFORNIA STATE AUTOMOBILE
ASSOCIATION LONG-TERM DISABILITY PLAN

DATED: December 29, 2008        BRYDON, HUGO & PARKER

By: _____
John R. Brydon
Robert W. Farrell
Attorneys for Plaintiff
JEANNE ROGERS

### ORDER

Pursuant to the Stipulation above, the parties will participate in private mediation.

IT IS SO ORDERED.

Dated:  1/7/09

_____
UNITED STATES DISTRICT COURT JUDGE

-1-

CASE NO. CV 08-04599 CW
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS