1  John R. Brydon [CA Bar No. 83365]
   Josette D. Johnson [CA Bar No. 195977]
2  BRYDON, HUGO & PARKER
   135 Main Street, 20th Floor
3  San Francisco, CA 94105
   Telephone: (415) 808-0300
4  Facsimile: (415) 808-0333

5  Attorneys for Plaintiff
   JEANNE RODGERS

6

7
              IN THE UNITED STATES DISTRICT COURT
8
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10 | JEANNE RODGERS,                              | Case No. C 08-04599 CW
11 |         Plaintiff,                            | ORDER GRANTING STIPULATION RE MOTION FOR ATTORNEYS FEES
12 |    vs.                                        |
13 | METROPOLITAN LIFE INSURANCE COMPANY, a New York Corporation;
14 | THE CALIFORNIA STATE AUTOMOBILE ASSOCIATION SHORT-
15 | TERM DISABILITY PLAN; THE CALIFORNIA STATE AUTOMOBILE
16 | ASSOCIATION LONG-TERM DISABILITY PLAN; and DOES 1 to 50,
17 | inclusive,
18 |         Defendants.

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1

STIPULATION AND ORDER

1  The parties in the above action have met and conferred and continue to meet and
2  confer and do hereby stipulate to extend the date by which plaintiff Jeanne Rodgers may
3  file her Motion and Application for Attorneys Fees up to and including December 31,
4  2009.
5  It is so stipulated.

6  Dated: December 28, 2009            BRYDON HUGO & PARKER

                                       By: _____
                                           John R. Brydon
                                           Attorneys for Plaintiff
                                           Jeanne Rodgers

11 Dated: December 28, 2009            SEDGWICK, DETERT, MORAN & ARNOLD

                                            /S/ Michelle McIsaac
                                       By: _____
                                           Michelle McIsaac
                                           Attorneys for Defendants
                                           METROPOLITAN LIFE INSURANCE
                                           COMPANY, THE CALIFORNIA STATE
                                           AUTOMOBILE ASSOCIATION SHORT-
                                           TERM DISABILITY PLAN and THE
                                           CALIFORNIA STATE AUTOMOBILE
                                           ASSOCIATION LONG-TERM
                                           DISABILITY PLAN

20 IT IS SO ORDERED.
                 31
21 Dated: December ~~28~~, 2009        _____
                                       Hon. CLAUDIA WILKEN
                                       United States District Court Judge